LEONARD L. LIPSHULTZ (1922-2002)
JOHN LLEWELLYN HONE *+
RONALD G. DeWALD *+
MICHAEL T. O'BRYANT *+
P.H. HARRINGTON, JR. o+
STEPHEN S. BROWN *+
VICTOR I. WEINER *

STANLEY L. LIPSHULTZ, CPCU *+
*OF COUNSEL*

MARYLAND BAR *
D C BAR +
VIRGINIA BAR o

**LIPSHULTZ AND HONE, CHARTERED**
ATTORNEYS AT LAW
SUITE 108 - MONTGOMERY CENTER
8630 FENTON STREET
SILVER SPRING, MARYLAND 20910-3872
(301) 587-8500
FACSIMILE (301) 495-9759

VIRGINIA OFFICE
4160 CHAIN BRIDGE ROAD
FAIRFAX, VIRGINIA 22030
(703) 385-7300

March 4, 2010

**TRANSMITTED ELECTRONICALLY ONLY**

The Honorable Benson E. Legg
United States District Court
for the District of Maryland - Northern Division
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:    <u>Darin Ruark vs. BMW of North America, LLC, et al</u>
            Civil Case No: L 09-CV-2738

Dear Judge Legg:

    Reference is made to the above noted litigation, counsels' conference call with your Honor on February 22, 2010, your Memorandum Order of February 25, 2010, and my call along with Gregory Hopper, Esq. to chambers regarding a new complete scheduling order.

    Consistent with the discussions with your chambers we have circulated a proposed revised scheduling order that includes the remaining items from the original preliminary order as counsel felt should be included with agreeable dates for counsel, and those items specifically addressed in the February 25, 2010 Memorandum Order. All counsel have agreed to this proposed revised scheduling order which we would ask be considered by your Honor.

    Should there be any questions or concerns about the proposed order either I or Mr. Hopper stand ready to address them.

                                            Very truly yours,

                                          Ronald G. DeWald

RGD:lms
Enclosures

The Honorable Benson E. Legg
Page 2
March 4, 2010

cc:    E. Dale Adkins III, Esquire w/encl.
       Gregory G. Hopper, Esquire w/encl.