LEONARD L. LIPSHULTZ (1922-2002)
JOHN LLEWELLYN HONE *+
RONALD G. DeWALD *+
MICHAEL T. O'BRYANT *+
P.H. HARRINGTON, JR. O+
STEPHEN S. BROWN *+
VICTOR I. WEINER *

STANLEY L. LIPSHULTZ, CPCU *+
                    OF COUNSEL

MARYLAND BAR *
D C BAR +
VIRGINIA BAR O

**LIPSHULTZ AND HONE, CHARTERED**
ATTORNEYS AT LAW
SUITE 108 - MONTGOMERY CENTER
8630 FENTON STREET
SILVER SPRING, MARYLAND 20910-3872

(301) 587-8500
FACSIMILE (301) 495-9759

VIRGINIA OFFICE
4160 CHAIN BRIDGE ROAD
FAIRFAX, VIRGINIA 22030
(703) 385-7300

March 10, 2011

**TRANSMITTED ELECTRONICALLY ONLY**

The Honorable Ellen L. Hollander
United States District Court
for the District of Maryland - Northern Division
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:    <u>Darin Ruark vs. BMW of North America, LLC, et al</u>
             Civil Case No: ELH 09-CV-2738
             Joint Status Report on Progress in Discovery

Dear Judge Hollander:

    Reference is made to the above noted litigation, our submission of a status report on discovery by letter on January 18, 2011 and your memorandum order dated January 24, 2011 (docket number 75) directing that a further discovery status report be filed in 45 days, which I calculate as on or before March 10, 2011. This is that further report.

    The parties have each retained their respective consultants and experts (which was not completed at the last status report). However, no party has undertaken discovery by deposition thus far, and the further joint inspection of the vehicle has not taken place.

    If the Court is inclined to issue a scheduling order at this time rather than a further deferral, the parties would request input into the selection of various dates for the scheduling order if possible due to the complexity of the litigation and difficulties encountered with scheduling.

    This correspondence has been prepared by the undersigned and the draft reviewed by Mr. Hopper, who has authorized its submission of as a joint status to the Court.

Very truly yours,

Ronald G. DeWald

RGD:lms