UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| DARIN RUARK | : |
|     Plaintiff | : |
| vs. | : Civil No:  ELH 09-CV-2738 |
| | : |
| BMW OF NORTH AMERICA, LLC, *et al* | |
| | : |
|     Defendants and Third Party Plaintiffs | |
| | : |
| vs. | |
| | : |
| JAMES ROSS BRADFORD, *et al* | |
| | : |
|     Third Party Defendants | |

**AMENDED SCHEDULING ORDER**

Upon consideration of the representations of counsel of record as made during the telephone conference held with all counsel on March 29, 2011, regarding scheduling issues and certain proposed scheduling dates, counsel were directed to submit a proposed consent scheduling order related to litigation deadlines for consideration by this Court.

Upon consideration of the submission of counsel, together with the dates agreed upon by counsel, it is:

ORDERED, that the preliminary scheduling order attached to the Court's Memorandum of March 16, 2011, be and hereby is amended as relates to the deadlines contained in that Order, as follows:

| | |
|---|---|
| Moving for joinder of additional parties and amendment of pleadings | Completed |
| Plaintiff's and Third Party Defendants' Rule 26(a)(2) expert disclosures | July 24, 2011 |
| Defendants' Rule 26(a)(2) expert disclosures | September 23, 2011 |
| Plaintiff's and Third Party Defendants' rebuttal Rule 26(a)(2) expert disclosures | October 21, 2011 |
| Rule 26(e)(2) supplementation of disclosures and responses | November 18, 2011 |
| **Discovery Deadline and submission of status report** | March 2, 2012 |
| Requests for admission | March 2, 2012 |
| **Dispositive pretrial motions deadline** | April 18, 2012 |

The provisions of (ii) through (v) of the Memorandum Order of Court, dated February 24, 2010 (ECF 58), remain in full force and effect, as does the Order of Reference to the Honorable Paul W. Grimm, United States Magistrate Judge, dated February 25, 2010 (ECF 59). All remaining provisions of the draft scheduling order which have not been modified herein or in the referenced orders above remain in full force and effect.

Date:  March 30, 2011              _____/s/_____
                                    Ellen L. Hollander
                                    United States District Judge